BRASSINGTON, Respondent, *v.* ROHRS, Appellant.

*(City Court of New York, General Term.  October 24, 1892.)*

Action by John D. Brassington against Frederick Rohrs on a promissory note.  See 20 N. Y. Supp. 659.
Argued before EHRLICH, C. J., and VAN WYCK and McCARTHY, JJ.

McCARTHY, J.  This is an appeal from an order striking out the first defense in defendant's answer as sham.  The second defense had already been demurred to, and the demurrer was sustained, thus leaving the first defense the only one in the action. From an inspection of this defense and the affidavits used on the motion by the plain-

tiff, and unanswered by the defendant, it is clear that this defense is sham, and merely put in for the purpose of delay, and not in good faith.   The order appealed from should be affirmed, with costs.